IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOAB ANTHONY SWAYZE                                                                              PLAINTIFF

v.                                         Case No. 6:23-cv-06048

CORRECTIONAL OFFICER
ZACH MARSHALL, *et al.*                                                                        DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Judge Ford recommends that Plaintiff's Amended Complaint (ECF No. 8) be dismissed without prejudice because Plaintiff failed to comply with the Court's Local Rules and Orders and failed to prosecute this case.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Plaintiff's Amended Complaint (ECF No. 8) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of August, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge